```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 11441
   RUTA MICHELLE NORKUS
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES

          Debtor
   SSN XXX-XX-6377


------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/29/05 and confirmed on 05/13/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  13875.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORP | SECURED | 350.00 | 6.41 | 350.00 |
| 5TH AVENUE STATION | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 4196.69 | .00 | 1168.21 |
| BECKET & LEE LLP | UNSECURED | 58.19 | .00 | 16.20 |
| BECKET & LEE LLP | UNSECURED | 7471.77 | .00 | 2079.87 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 20273.76 | .00 | 5643.45 |
| DISCOVER BANK | UNSECURED | 4204.20 | .00 | 1170.31 |
| HINSDALE HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PIER I IMPORTS INC | UNSECURED | 180.13 | .00 | 50.14 |
| WELLS FARGO EDUC FINANCI | UNSECURED | 2812.34 | .00 | 782.85 |
| WORLD FINANCIAL NETWORK | UNSECURED | .00 | .00 | .00 |
| VON MAUR | UNSECURED | 226.87 | .00 | 63.12 |
| ECAST SETTLEMENT CORP | UNSECURED | 1387.05 | .00 | 385.95 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 350.00 | .00 | 40811.00 | .00 | 41161.00 |
| PRINCIPAL PAID | 350.00 | .00 | 11360.10 | .00 | 11710.10 |
| INTEREST PAID | 6.41 | .00 | .00 | .00 | 6.41 |
| TOTAL PAID | 356.41 | .00 | 11360.10 | .00 | 11716.51 |

```
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2200.00
and was paid $    1000.00  direct and $   1200.00  through the plan.

The Trustee received $     583.49 .

Refunds to the Debtor totaled $    375.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 07/18/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                              PAGE  2
         CASE NO. 05 B 11441 RUTA MICHELLE NORKUS
```